Sophie Pearlstein, Appellant, *v.* New York Life Insurance Company, Respondent.

Argued October 2, 1950; decided October 12, 1950.

*Gilbert Goldstein, David Goldstein* and *Lawrence Kovalsky* for appellant.

*Harry J. McCallion, Ferdinand H. Pease* and *Robert J. Fitzwilliam* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.